FILED

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0514

PAUL WILKIE,

Plaintiff/Appellant,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,
a/k/a/ THE HARTFORD; RICHARD L SPROUT; and
SHAUNA SPROUT, Defendants/Appellees.

On Appeal from the Eighteenth Judicial District Court, Gallatin County,
Cause No. DV-20-367B, Hon. Rienne H. McElyea

Grant of Unopposed Motion for Extension of Time

Pursuant to authority granted under Rule 26, M.R.App.P., Appellant's Unopposed Motion for Extension of Time is granted and Appellant may file and serve his reply to Hartford's brief in this matter on or before May 19, 2021. By virtue of the Grant of Unopposed Motion for Extension of Time dated March 9, 2021, that is also the due date for Appellant's reply to Sprouts' brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 9 2021